IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| BERKSHIRE HATHAWAY SPECIALTY, ) <br> INSURANCE COMPANY, ) <br>    ) <br>    Plaintiff and Counterdefendant, ) <br>    ) <br> vs. ) <br>    ) <br> IBC MANUFACTURING COMPANY ) <br> (FORMERLY KNOWN AS CHAPMAN ) <br> CHEMICAL COMPANY), HARTFORD ) <br> ACCIDENT AND INDEMNITY ) <br> COMPANY, FIRST STATE INSURANCE ) <br> COMPANY, AND AMERICAN ) <br> GUARANTEE AND LIABILITY ) <br> INSURANCE COMPANY, ) <br>    ) <br>    Defendants, Counterclaimants and ) <br>    Cross-claimants ) <br>    ) | Civil Action No.: 2:16-cv-02319 <br><br> Judge Samuel H. Mays, Jr. <br><br> Magistrate Judge Tu M. Pham |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties by and through their undersigned counsel of record, hereby stipulate to the voluntary dismissal without prejudice of all claims of all parties including the dismissal without prejudice of the Complaint and all Counterclaims and Cross-claims.

All parties agree that in the event that any party wishes to file any future action relating to the claims at issue in this action, such action shall be filed in the United States District Court for the Western District of Tennessee, Western Division.  All parties will bear their own costs, expenses and attorneys' fees.

Respectfully submitted,


By: /s/ William H. Tate
    William H. Tate (#6797)
    Howard Tate Sowell Wilson Leathers & Johnson, PLLC
    201 Fourth Avenue North, Suite 1900
    Nashville, Tennessee 37219
    (615) 256-1125
    *Attorneys for American Guarantee*
    *and Liability Insurance Company*


By: /s/ Patrick T. Walsh
    Patrick T. Walsh
    Seth M. Jaffe
    William C. Joern
    Hinkhouse Williams Walsh LLP
    180 N. Stetson Ave., Suite 3400
    Chicago, IL 60601
    (312) 784-5400
    *Attorneys for Berkshire Hathaway Specialty Insurance Company*


By: /s/ Larry H. Montgomery
    Larry H. Montgomery
    Glankler Brown, PLLC
    6000 Poplar Avenue, Suite 400
    Memphis, TN 38119
    (901) 525-1322
    *Attorneys for Berkshire Hathaway Specialty Insurance Company*

By: /s/ Molly A. Glover
   Molly A. Glover
   Burch Porter & Johnson
   130 N. Court Avenue
   Memphis, TN 38103
   (901) 524-5000
   *Attorneys for IBC Manufacturing Company (Formerly Known as Chapman Chemical Company) a Delaware corporation with principal place of business in Memphis, Tennessee*

By: /s/ John Harold Kazanjian
   John Harold Kazanjian
   Beveridge & Diamond PC
   477 Madison Ave., 15th Floor
   New York, NY 10022
   (212) 702-5420
   *Attorneys for IBC Manufacturing Company (Formerly Known as Chapman Chemical Company) a Delaware corporation with principal place of business in Memphis, Tennessee*

By: /s/ Lee H. Ogburn
   Lee H. Ogburn
   Ezra S. Gollogly
   Kramon & Graham, PA
   One South Street, Suite 2600
   Baltimore, MD 21202
   (410) 752-6030
   *Attorneys for Hartford Accident and Indemnity Company and First State Insurance Company, a Connecticut Corporation*

By: /s/ Justin Nicholas Joy
    Justin Nicholas Joy
    Lewis Thomason, P.C.
    One Commerce Square
    40 S. Main Street
    29th Floor, Suite 2900
    Memphis, TN 38103
    (901) 525-8721
    *Attorneys for Hartford Accident and*
    *Indemnity Company and First State Insurance*
    *Company, a Connecticut Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March 2017, a copy of the Stipulation of Dismissal without Prejudice was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties through the Court's ECF system and by email.

                                                    /s/ Larry H. Montgomery