```
               UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

**BERKSHIRE HATHAWAY SPECIALTY**
**INSURANCE COMPANY,**

        Plaintiff,

v.                                      Civil No. 16-2319-SHM

**IBC MANUFACTURING COMPANY**
**(formerly known as CHAPMAN CHEMICAL**
**COMPANY), HARTFORD ACCIDENT AND**
**INDEMNITY COMPANY, FIRST STATE**
**INSURANCE COMPANY, and AMERICAN**
**GUARANTEE AND LIABILITY INSURANCE**
**COMPANY,**

        Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order of Dismissal, docketed March 8, 2017.  All parties will bear their own costs, expenses and attorneys' fees.

## APPROVED:

_s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| _March 8, 2017_ | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | _s/ Zandra Frazier_ |
| | (By) DEPUTY CLERK |